**FILED**

APR 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>CARLOS ADAN LUPIAN-LUA<br><br>       Defendant. | No. 1:12-CR-00318-003 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on April 28, 2014, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: April 28, 2014

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1